No. 130.   ROSSETTI v. UNITED STATES, *ante,* p. 814;

No. 218.   CARDILLO v. UNITED STATES, *ante,* p. 822;

No. 250.   BRANDENFELS v. DAY, POSTMASTER GENERAL, ET AL., *ante,* p. 824; and

No. 286.   MILES ET AL. v. TOMLINSON, DISTRICT DIRECTOR OF INTERNAL REVENUE, *ante,* p. 828.   Petitions for rehearing denied.

No. 304.   KAHANER v. UNITED STATES, *ante,* p. 836. Petition for rehearing denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 46, Misc.   HAMPTON v. WALKER, WARDEN, *ante,* p. 897;

No. 89, Misc.   RIVERA v. HERITAGE, WARDEN, *ante,* p. 883;

No. 226, Misc.   MOON v. UNITED STATES, *ante,* p. 884;

No. 367, Misc.   GRAY v. UNITED STATES, *ante,* p. 863;

No. 397, Misc.   WRIGHT ET AL. v. RHAY, PENITENTIARY SUPERINTENDENT, *ante,* p. 866; and

No. 601, Misc.   HILL v. BETO, CORRECTIONS DIRECTOR, *ante,* p. 876.   Petitions for rehearing denied.

NOVEMBER 29, 1963.

No. 376.   EGOROV ET UX. v. UNITED STATES.   On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit.   Dismissed pursuant to Rule 60 of the Rules of this Court.   *William W. Kleinman* for petitioners.   *Solicitor General Cox* and *Assistant Attorney General Yeagley* for the United States.